UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVA MAE GIVENS,**<br><br>    *Plaintiff*,<br><br>v.<br><br>**MURIEL E. BOWSER,** *et al.*,<br><br>    *Defendants*. | **Civil Action No. 20-307 (EGS/ZMF)** |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)

Defendants move to dismiss plaintiff's Complaint under Federal Rule of Civil Procedure 25(a)(1). As described in the accompanying memorandum of points and authorities, plaintiff's counsel filed a suggestion of death on January 25, 2021, noting that plaintiff Eva Mae Givens passed away on December 24, 2020. No motion to substitute plaintiff was filed within 90 days, as required by Rule 25(a)(1). This lawsuit should therefore be dismissed. A memorandum of points and authorities and a proposed order are attached.

Dated:  April 29, 2021.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Honey Morton*
CONRAD RISHER [1044678]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100

Washington, D.C.  20001
(202) 724-6591
honey.morton@dc.gov

*Counsel for Defendants*