UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVA MAE GIVENS,<br><br>*Plaintiff*,<br><br>v.<br><br>MURIEL E. BOWSER, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-307 (EGS/ZMF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**

**INTRODUCTION**

In this lawsuit, plaintiff Eva Mae Givens, a Medicaid beneficiary, challenges the District of Columbia's (the District's)[1] calculation of the amount she must pay each month toward her nursing home costs, alleging that the District improperly failed to deduct from her income certain medical expenses she incurred prior to becoming eligible for Medicaid. Defendants now move to dismiss under Federal Rule of Civil Procedure 25(a)(1).[2] Plaintiff passed away on December 24, 2020, and no motion for substitution was filed within ninety days of the notice of suggestion of death. Rule 25(a)(1) requires that she—and this lawsuit—be dismissed.

---

[1] Defendants are Mayor Muriel E. Bowser, District of Columbia Department of Human Services Commissioner Laura Green Zeilinger, Director of the District of Columbia Department of Health Care Finance Wayne Turnage, and Acting Chief Judge of the District of Columbia Office of Administrative Hearings M. Colleen Currie, who replaced Eugene A. Adams (*see* Federal Rule of Civil Procedure 25(d)), each sued in their official capacity. Am. Compl. ¶¶ 9–12 (ECF No. 16). Defendants are collectively referred to as "the District."

[2] On July 1, 2020, the District moved to dismiss plaintiff's amended complaint under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), *see* ECF No. 18, and that motion remains pending.

## BACKGROUND

On January 25, 2021, plaintiff's counsel filed a suggestion of death notifying the Court and the District that plaintiff had passed away on December 24, 2020. ECF No. 26.[3] Although plaintiff's counsel indicated they would "file a motion pursuant to Fed. R. Civ. P. 25(a) to substitute Ms. Givens' estate representative as the putative class plaintiff in this case," *id.*, no such motion was filed. The deadline to move to substitute was April 26, 2021.

## ARGUMENT

Federal Rule of Civil Procedure 25(a)(1) provides that, if a party dies, a "motion for substitution may be made by any party or by the decedent's successor or representative." But "[i]f the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent *must* be dismissed." Fed. R. Civ. P. 25(a)(1) (emphasis added).

Here, a notice of suggestion of Ms. Givens' death was filed by plaintiff's counsel on January 25, 2021. ECF No. 26. No motion for substitution was made within 90 days of the filing of that notice (the deadline to do so was April 26, 2021). *See generally* Court Docket. As such, by the strict terms of Rule 25, plaintiff's complaint must be dismissed. Fed. R. Civ. P. 25(a)(1). *See Lightfoot v. District of Columbia*, 629 F. Supp. 2d 16, 19 (D.D.C. 2009) (referring to fact that when formal notice of suggestion of death is filed on the record, dismissal under Rule 25(a)(1) is "mandatory"); *see also Mwani v. Bin Laden*, 302 F.R.D. 22, 24 (D.D.C. 2014); *Worley v. Islamic Rep. of Iran*, 75 F. Supp. 3d 311, 333 (D.D.C. 2014) (referring to Rule 25(a)(1) as "requiring dismissal of an action if a motion to substitute a proper party is not made within 90 days after service of a statement noting the death of a party").

---

[3]  Plaintiff's counsel first filed a suggestion of death on January 13, 2021, *see* ECF No. 25, but was instructed to refile the pleading in the proper format. *See* Jan. 13, 2021 Minute Order.

## CONCLUSION

For the foregoing reasons, the Court should grant defendants' motion and dismiss this lawsuit with prejudice.

Dated:  April 29, 2021.	Respectfully submitted,

	KARL A. RACINE
	Attorney General for the District of Columbia

	*/s/ Fernando Amarillas*
	FERNANDO AMARILLAS [974858]
	Acting Deputy Attorney General
	Public Interest Division

	*/s/ Honey Morton*
	CONRAD RISHER [1044678]
	HONEY MORTON [1019878]
	Assistant Attorneys General
	Equity Section
	400 Sixth Street, N.W., Suite 10100
	Washington, D.C.  20001
	(202) 724-6591
	honey.morton@dc.gov

	*Counsel for Defendants*