UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVA MAE GIVENS,**<br><br>         **Plaintiff,**<br><br>     v.<br><br>**MURIEL BOWSER,** *et al.*,<br><br>         **Defendants.** | **Civil Action No. 20-307 (EGS/ZMF)** |

### DEFENDANTS' COMBINED OPPOSITION TO MOTION TO SUBSTITUTE AND MOTION TO STAY BRIEFING ON MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

The three surviving children of deceased plaintiff Eva Mae Givens (the movants) seek to be substituted as plaintiffs in this action and move for leave to file a second amended complaint in an untimely effort to avoid a decision on Magistrate Judge Faruqui's Report and Recommendation (the Report). The Court should deny the motion to substitute because Ms. Givens's claims are moot[1] and because the motion to substitute was filed more than 90 days after the suggestion of death, making it untimely under Federal Rule of Civil Procedure 25(a)(1).

If, however, the Court grants the motion to substitute, it should defer consideration of the pending motion for leave to file a second amended complaint until after reviewing the objections to the Report on the District's motion to dismiss the Amended Complaint and deciding whether to adopt the Report's conclusions. It would be an inefficient use of the Parties' and the Court's time to attempt to litigate the motion for leave to amend before the Court has had the opportunity to consider Magistrate Judge Faruqui's Report which, if adopted, would render all aspects of the

---

[1] The movants combined the motions to substitute and for leave to amend as various parts of ECF Nos. 29-32. For clarity, the District refers to the different parts of the motions as if they were separate motions.

motion moot. A memorandum of points and authorities and proposed orders are attached.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with the movants' counsel. The movants do not consent to a stay of their motion for leave to file a second amended complaint.

Dated:  June 1, 2021.              Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Acting Deputy Attorney General
Public Interest Division

*/s/ Honey Morton*
CONRAD RISHER [1044678]
HONEY MORTON [1019878]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C.  20001
(202) 724-6591
honey.morton@dc.gov

*Counsel for Defendants*