## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EVA MAE GIVENS,**      **Plaintiff,**      v.  **MURIEL BOWSER,** *et al.*,      **Defendants.** | **Civil Action No. 1:20-cv-00307-EGS/ZMF** |

## ORDER

Upon consideration of Movants' Motion for Reconsideration (Motion), the memorandum of points and authorities in support thereof, Defendants' opposition and any reply, and the entire record, it is this _____ day of _____, 2022:

ORDERED that Movants' Motion is denied.

_____
Emmet G. Sullivan
United States District Court Judge